1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROBIN A. JOHNSON,

10              Plaintiff,                    No. C 07-02387 JSW

11    v.

12   MICHAEL J. ASTRUE,                      **ORDER OF REFERRAL TO
                                             MAGISTRATE JUDGE FOR ALL**
13              Defendant.                   **PURPOSES**
     _____/

14

15        Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further

17   proceedings.

18

19        **IT IS SO ORDERED.**

20

21   Dated:  July 24, 2007

22                                           JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
23

24

25

26   cc: Wings Hom

27

28

**United States District Court**
For the Northern District of California